IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO.:   1:03cr67-SPM
                                                                           1:05cr3-SPM

VINCENTE ANTONIO TORRALBA,

       Defendant.
_____/

**ORDER CONTINUING SENTENCING**

For good cause shown, First Unopposed Motion to Continue Sentencing (doc. 47) is granted. Sentencing is reset for 1:30 p.m. on July 11, 2005.

DONE AND ORDERED this 3rd day of May, 2005.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge